UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH A. SULLIVAN,

   Plaintiff

 vs.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

   Defendant

No. 3:11-CV-02369

(Judge Nealon)

FILED
SCRANTON
SEP 2 4 2013
PER_____
DEPUTY CLERK

### ORDER

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Joseph A. Sullivan as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Joseph A. Sullivan disability insurance benefits and supplemental security income benefits is **AFFIRMED**.

3. The Clerk of Court shall **CLOSE** this case.

          /s/ William Nealon
          United States District Judge

Dated: September 25, 2013